IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT WALKER,

    Petitioner,

v.

LOUIS FOLINO, et al.,

    Respondents.

CIVIL ACTION
NO. 12-6405

# ORDER

**AND NOW**, this 2nd day of August 2013, upon consideration of Petitioner Robert Walker's pro se Petition for Writ of Habeas Corpus (Doc. No. 1), Respondents' Response in Opposition (Doc. No. 7), Petitioner's "Traverse to State's Answer and Incorporated Memorandum of Law" (Doc. No. 10), the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (Doc. No. 11), and Petitioner's Objections to the Report and Recommendation (Doc. No. 15), it is **ORDERED** as follows:

1. Petitioner's Objections to the Report and Recommendation (Doc. No. 15) are **OVERRULED**.

2. The Report and Recommendation of Judge Rice (Doc. No. 11) is **APPROVED** and **ADOPTED**.

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED**.

4. Any outstanding motions are **DENIED AS MOOT**.

5. A certificate of appealability will not be issued because, based on the analysis contained in Judge Rice's Report and Recommendation, as Approved and Adopted by this Court, a reasonable jurist could not conclude that the Court is incorrect in denying and dismissing the habeas petition.

6. The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.